## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-7916-GW-RAOx | Date | October 1, 2025 |
|---|---|---|---|
| Title | *Maria Garcia v. Neis Property, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 1, 2025, Plaintiff Maria Garcia filed a Notice of Settlement [11]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for November 6, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on November 4, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |